# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GINA FELKER and
TODD GRUDZINSKI,

    Plaintiffs

v.

EXETER TOWNSHIP,
JOHN RUANE, *et al.*

    Defendants

CIVIL ACTION NO. 3:16-1907

(JUDGE MANNION)

## ORDER

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for reconsideration, **(Doc. 42)**, is **DENIED**.

2. The court's January 29, 2018 Memorandum and Order, **(Doc. 39, Doc. 40)**, shall remain in full effect.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: **March 23, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1907-02-ORDER.wpd

FILED
SCRANTON

MAR 2 3 2018

PER _____ [signature]
    DEPUTY CLERK